## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN POWELL,                    :
    Plaintiff                :           No. 1:12-cv-01684
                             :
v.                               :           (Judge Kane)
                             :
JOHN E. WETZEL, <u>et al.</u>,   :           (Magistrate Judge Schwab)
    Defendants               :

### <u>ORDER</u>

**AND NOW**, on this 24th day of June 2014, **IT IS HEREBY ORDERED THAT**

Magistrate Judge Schwab's Report and Recommendation (Doc. No. 78) is **ADOPTED IN**

**PART.**

**IT IS FURTHER ORDERED THAT:**

1.      Defendant Wetzel is **DISMISSED** from the above-captioned action;

2.      Defendants' motion to dismiss (Doc. No. 53) **IS GRANTED** with respect to
Counts Two and Three of Plaintiff's amended complaint, and **DENIED** with
respect to Counts One, Four, and Five of Plaintiff's amended complaint; and,

3.      The above-captioned action is **REFERRED BACK** to Magistrate Judge Schwab
for pretrial management, including the disposition of any pending motions.


S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

17